IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:06-CR-4-1H

UNITED STATES OF AMERICA,

v.

**ORDER**

DWAYNE BURMELL ARTIS,

    Defendant.

This matter is before the court on defendant's pro se motion for early termination of his supervised release, [DE #25]. The court has carefully considered the motion and the conduct of defendant while on supervised release. Considering defendant has only served nineteen months of his term of supervised release, the court hereby denies the motion without prejudice to be refiled if desired once defendant has completed at least thirty (30) months of his term of supervision.

This 31st day of October 2019.

                              Malcolm J. Howard
                              Senior United States District Judge

At Greenville, NC
#35